IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **JUNIOR MASON,** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | No. 14-cv-1372 |
| v. | : | |
| | : | |
| **SOUTHEASTERN PENNSYLVANIA TRANSPORTATION AUTHORITY,** | : | |
| Defendant. | : | |

## ORDER

This 18th day of September, 2015, it is hereby **ORDERED** that Defendant's Motion for Summary Judgment is **DENIED**.

/s/ Gerald Austin McHugh
United States District Court Judge